PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

DEC 14 2023

CLERK U.S. DIST...
EASTERN DISTRICT... ORNI...
BY_____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO PADILLA,<br><br>Defendant. | CASE NO. 1:23-MJ-145-EPG<br><br>ORDER RE TRANSPORTATION OF DEFENDANT FOR FURTHER PROCEEDINGS IN THE CHARGING DISTRICT |

Upon receipt of the Order of the United States District Court for the Western District of Pennsylvania granting the Government's Emergency Motion for a Stay and Revocation of Release Order, filed pursuant to 18 U.S.C. § 3145(a), and staying this Court's release order, Docket No. 10, IT IS HEREBY ORDERED that the Defendant, Alberto Padilla, shall remain in the custody of the United States Marshals Service and be transported forthwith to the Western District of Pennsylvania for further proceedings on the Government's request that Defendant Padilla be detained pending trial or other disposition of this matter.

Dated: 12/14/23

THE HONORABLE ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE